**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KENNETH D. GUTHERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No:  1:06-cv-00176 (EGS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in

the above-captioned proceeding.

DATED: April 13, 2006.

Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1647357.1

## <u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon

the following individual(s) on April 13, 2006, by sending a copy by First Class mail, postage

prepaid, addressed as follows:

KENNETH D. GUTHERY
*Plaintiff pro se*
5302 Puritan Road
Tampa, FL 33612

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE