IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:06-cv-00176 (EGS) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 55(c), moves for relief from the default entered by the Clerk on May 1, 2006.

As grounds for this motion, the United States asserts that default was improvidently entered because, prior to requesting entry of default, plaintiff failed to properly serve the United States and failed to exhaust his administrative remedies. Moreover, the United States did file a motion to dismiss under Fed. R. Civ. P. 12(b) prior to the Clerk's entry of default.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: September 18, 2006.                Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENNETH D. GUTHERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06-cv-00176 (EGS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF UNITED
STATES' MOTION TO VACATE ENTRY OF DEFAULT**

This is a civil action in which plaintiff seeks damages under 26 U.S.C. § 7433.

QUESTION PRESENTED

Plaintiff failed to properly serve the United States because a party attempted service of process and failed to exhaust his administrative remedies prior to filing his suit. The United States moved to dismiss the complaint under Fed. R. Civ. P. 12(b) prior to the Clerk's entry of default. Should this Court vacate the entry of default against the United States?

STATEMENT

1. <u>Introduction & background</u>. Plaintiff, Kenneth D. Guthery, filed a complaint on January 30, 2006. The complaint alleges that in connection with the collection of federal tax beginning "with 'tax year' 1998", agents and employees of the Internal Revenue Service "recklessly, intentionally, or by reason of negligence disregarded" a laundry list of statutes from the Internal Revenue Code. (Compl. ¶¶ 1, 7.) On March 7,

1919979.1

2006, plaintiff Kenneth D. Guthery filed returns of service showing that plaintiff himself served the Attorney General and the United States Attorney for the District of Columbia by certified mail.  (*See* PACER ## 2, 3.)  As such, plaintiff's return of service establishes that service of process in this case was attempted by a party—Kenneth D. Guthery.

    2. <u>Subsequent proceedings.</u>  The United States moved to dismiss the complaint on April 13, 2006.  (PACER # 5.)  Plaintiff filed an affidavit seeking entry of default on April 21, 2006 and filed an opposition to the United States' motion to dismiss on April 25, 2006.  (PACER ## 6, 7.)  The Clerk entered default on May 1, 2006.  (PACER # 8.)  On September 5, 2006, plaintiff filed an amended complaint with a certificate of service indicating that he only served the amended complaint on the United States by serving a copy on undersigned counsel.  (PACER # 11.)

## ARGUMENT

    The entry of default against the United States was improvidently entered.  A default may be entered by the Clerk or a judge when a defendant fails to file a answer or otherwise defend against the action.  <u>See</u> <u>Capital Yacht Club v. Aviva</u>, 228 F.R.D. 389 (D.D.C. 2005).  Since the United States did respond to the complaint by filing a motion to dismiss under Fed. R. Civ. P. 12(b), the United States asserts that the entry of default should be vacated.

    Further, plaintiff filed an amended complaint on September 5, 2006.  Time to respond to the amended complaint has not expired.  According to plaintiff's certificate

of service to the amended complaint, he effected service of the amended complaint by serving a copy on undersigned counsel on September 1, 2006. If plaintiff effected proper service of the amended complaint, pursuant to Fed. R. Civ. P. 6 and 15, the United States must respond to the amended complaint on or before September 18, 2006. The United States is simultaneously filing a motion to dismiss the amended complaint.

CONCLUSION

For the foregoing reasons, the Clerk's entry of default should be vacated.

DATE: September 18, 2006.

Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO VACATE ENTRY OF DEFAULT, supporting MEMORANDUM, and proposed ORDER were caused to be served upon plaintiff *pro se* on the 18th day of September, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> KENNETH D. GUTHERY
> *Plaintiff pro se*
> 5302 Puritan Road
> Tampa, FL 33612

> /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1919979.1