IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No: 1:06-cv-00176 (EGS) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Having considered the United States' motion to vacate entry of default, together with the memorandum in support thereof, and having further considered any opposition and reply thereto and the entire record of this case, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of

_____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to vacate entry of default be and is GRANTED;

ORDERED that entry of default is VACATED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1919986.1

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

KENNETH D. GUTHERY
Plaintiff pro se
5302 Puritan Road
Tampa, FL 33612

1919986.1