IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-00176 (EGS) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF LARRY T. McTAW

I, Larry T. McTaw, Sr., pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am currently employed by the Internal Revenue Service ("Service") as the Senior Litigation Advisor in the SB/SE Advisory Unit in the Jacksonville, Florida office. I have been employed in this position since May 2000. I have been employed with the Service since July, 1986.

2. In my capacity as an Advisory Unit advisor/reviewer, I am familiar with the requirements set forth in 26 C.F.R. § 301.7433-1(e), describing what must be included in an administrative claim for damages and where such claim must be sent.

3. I reviewed the Service's records, as maintained by the Advisory Unit's office in Jacksonville, Florida, to determine whether Kenneth D. Guthery filed an administrative claim for damages under 26 U.S.C. § 7433. Specifically, I reviewed the Integrated Collection System history entries.

4. As of the date of this declaration, the Technical Services office in Jacksonville, Florida does not have record of the plaintiff filing an administrative claim

1914131.1

for damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13th, 2006.

*Larry T. McTaw, Sr.*
LARRY T. MCTAW, SR.
Advisor/Reviewer
Internal Revenue Service
Jacksonville, Florida

1914131.1