**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KENNETH D. GUTHERY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>)<br>Defendant. )<br> ) | Civil Action No. 06-176 (EGS) |

**ORDER**

This matter is before the Court on defendant's Motion to Dismiss, defendant's Motion to Vacate Entry of Default, and defendant's Motion to Dismiss Amended Complaint. Plaintiff is proceeding *pro se*.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." Id. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).

Although plaintiff responded to the Motion to Dismiss filed on April 13, 2006, plaintiff has not responded to the Motion to Vacate Entry of Default filed on September 18, 2006 or Motion to Dismiss

Amended Complaint filed on September 18, 2006.  Accordingly, it is

**ORDERED** that plaintiff shall respond to defendant's Motion to Vacate Entry of Default and Motion to Dismiss Amended Complaint by no later than **JANUARY 5, 2007**.  If plaintiff does not respond within the time provided, the Court will treat the motions as conceded, set aside the entry of default, and dismiss the complaint.

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            December 7, 2006**