IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Case No. 1:06-cv-00176 (EGS) |

### ENTRY OF APPEARANCE

Please enter the appearance of Charles H. Keen in substitution for Jennifer L. Vozne in the above-referenced case.

DATE: January 12, 2007

                                          Respectfully submitted,

                                          /s/ Pat S. Genis
                                          PAT S. GENIS
                                          CHARLES H. KEEN
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 227
                                          Washington, DC  20044
                                          Phone/Fax:  (202) 307-6536/514-6866
                                          Email: Charles.H.Keen@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

                                                                                                2154578.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on January 12, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Kenneth D. Guthery
>*Plaintiff Pro Se*
>5302 Purtian Road
>Tampa, Florida 33612


      /s/ Pat S. Genis
      PAT S. GENIS

2154578.1