IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

RECEIVED
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kenneth D. Guthery,

    Plaintiff,

v.

UNITED STATES (Government)

    Defendant.

Civil Action No: 1:06 CV 00176 (EGS)

RESPONSE TO MOTION TO VACATE ENTRY OF DEFAULT

## PLAINTIFF'S OPPOSITION TO MOTION TO VACATE ENTRY OF DEFAULT

Defendant, through Counsel, has filed a motion to vacate entry of default. Counsel's motion to vacate violates Local Rule 7(g) in that said motion was not accompanied by a verified answer presenting a defense sufficient to bar Plaintiff's complaint.

### QUESTION PRESENTED

Does the Court have authority to grant a motion which is brought in complete and blatant violation of Local Rule 7 (g)?

### DISCUSSION

Defendant, by and through Counsel, moves the Court to vacate the Clerk's entry of Default (Dkt. #8). Defendant's motion is in violation of Local Rule 7(g) in that said motion is not accompanied by a verified answer to Plaintiff's complaint. Counsel is expected to be familiar with the requirements of Local Rule 7(g) and know that she is prohibited by Local Rule 7(g) from attempting to move this Court under such conditions.

Logically, the Court is likewise barred from granting such a defective and unsupported motion.

Plaintiff respectfully requests that the Court strike/deny defendant's unsupported motion to vacate and allow Plaintiff to brief a damages claim.

Dated: January 9, 2007

Respectfully submitted, *[signature]*
Kenneth D. Guthery
5302 Puritan Road
Tampa FL 33612

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Jennifer Lynn Vozne
U.S. DEPARTMENT OF JUSTICE
Tax Division, Civil Trial Section, Eastern Region
P.O. Box 227, Ben Franklin Station
Washington, DC 20044

Dated: January 9, 2007

*[signature]*
Kenneth D. Guthery