**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KENNETH D. GUTHERY ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                     ) <br> ) <br> UNITED STATES        ) <br> ) <br> Defendant.  ) | Civil Action No. 06-176 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss [Dkt. No. 5] is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that defendant's Motion to Vacate Entry of Default [Dkt. No. 12] is **GRANTED**; and it is

**FURTHER ORDERED** that the Court **DEFERS RULING** on the defendant's Motion to Dismiss Amended Complaint [Dkt. No. 13] until after the plaintiff has had an opportunity to further respond to defendant's claim that he has not exhausted administrative remedies; and it is

**FURTHER ORDERED** that the plaintiff shall show cause on or before **February 12, 2007** why this Court should not dismiss his Amended Complaint for failure to exhaust administrative remedies. Specifically, plaintiff shall show how he has exhausted all administrative remedies as required by 26 U.S.C. § 7433(d)(1) and

26 C.F.R. § 301-7433-1(a) and (e) and attach all documentation reflecting the filing of his claim as described in 26 C.F.R. § 301.7433-1(e)(2). If plaintiff fails to respond in a timely manner and/or to demonstrate exhaustion of statutorily mandated administrative remedies, the Court will dismiss the matter without prejudice. Any response by the Government must be filed on or before **February 20, 2007.**

    **IT IS SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
             **United States District Judge**
             **January 30, 2007**