**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                      |   |                              |
|--------------------------------------|---|------------------------------|
| KENNETH D. GUTHERY                   | ) |                              |
|                                      | ) |                              |
|     Plaintiff,   | ) |                              |
|                                      | ) |                              |
|     v.           | ) | Civil Action No. 06-176 (EGS)|
|                                      | ) |                              |
| UNITED STATES                        | ) |                              |
|                                      | ) |                              |
|     Defendant.   | ) |                              |

**ORDER**

For the reasons stated in the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that United States' Motion to Dismiss Amended Complaint is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that plaintiff shall properly effect service in strict compliance with subsections (c) and (i) of Rule 4 of the Federal Rules of Civil Procedure by no later than **October 5, 2007.** Failure to timely effect proper service will result in dismissal of this case.

**Signed:**  **Emmet G. Sullivan**
         **United States District Judge**
         **August 29, 2007**