IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06-cv-00176-EGS |
| UNITED STATES GOVERNMENT, | ) |
| Defendant. | ) |

**ANSWER & COUNTERCLAIM**

DEFENDANT, the United States of America, responds to plaintiff's complaint as follows:

FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

SECOND DEFENSE

Plaintiff's allegations under the Administrative Procedure Act, the All Writs Act, the Mandamus Act, the Freedom of Information Act, the Privacy Act, the Federal Records Act, and the National Archives Act have already been dismissed for lack of jurisdiction. Plaintiff is not entitled to relief except as provided in 26 U.S.C. § 7433.

THIRD DEFENSE

Plaintiff is not entitled to a jury trial.

FOURTH DEFENSE

FOR ITS FURTHER ANSWER, the United States responds to the numbered sections of the complaint as follows:

2864732.1

1. Admits that defendant is the United States of America.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining statements contained in § I.

2. The allegations contained in § II are statements and conclusions of law for which a responsive pleading is not required.  To the extent that a responsive pleading is required, the allegations of § II are denied.

3. Admits that the Department of Treasury engaged in collection activity.  Defendant denies that return information was unlawfully made public.  The remaining allegations made in § III are statements and conclusions of law for which a responsive pleading is not required.  To the extent that a responsive pleading is required, the allegations remaining allegations of § III are denied.

4. Admits that plaintiff filed an administrative claim for damages with the Internal Revenue Service, as alleged in § IV.

5. Denies the allegations made in § V.

6. Denies the allegations made in "§ IV" - Allegations Re: Breaches of Administrative Procedure.

7. Denies the allegations made in § VII.

WHEREFORE, having fully responded to the plaintiff's complaint, the United States prays that the Court dismiss the complaint with prejudice, grant to the United States its costs of defending the action, and grant such other and further relief as may be deemed proper under the circumstance.

## COUNTERCLAIM

The United States of America complains of plaintiff as follows:

8. The United States brings this counterclaim at the request and with the authorization of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, and at the direction of the Attorney General of the United States under 26 U.S.C. § 7401.

9. This Court's jurisdiction is conferred under 28 U.S.C. §§ 1340 & 1346, and 26 U.S.C. § 7402. This counterclaim is procedurally appropriate and brought against plaintiff under FED. R. CIV. P. 13.

10. A delegate of the Secretary of the Treasury of the United States made individual income tax, penalty, and interest assessments against Kenneth D. Guthery (the "Taxpayer") for tax liabilities, penalties, and interest for the years 1998 through 2001 as follows:

| Tax Period | Date of Assessment | Unpaid Assessed Balance |
|---|---|---|
| 1998 | 10/07/2002 | $59,616.02 |
| 1999 | 10/07/2002 | $124,435.44 |
| 2000 | 6/28/2004 | $53,289.17 |
| 2001 | 5/10/2004 | $10,393.44 |

11. Notice and demand for payment of the assessments was given to the Taxpayer in accordance with 26 U.S.C. § 6303.

12. Statutory additions for interest and penalties have accrued and will continue to accrue on the assessments.

13. The Taxpayer has failed to pay the United States the full amount owed as a result of the assessments.

14. By reason of the foregoing, the Taxpayers is indebted to the United States for income tax, penalties, and interest for the years 1998 through 2001, inclusive, in the amount of $323,879.79, as of March 16, 2007, plus interest and costs that will continue to accrue according to law.

WHEREFORE the United States of America prays as follows:

A. That the Court order and adjudge that plaintiff, Kenneth D. Guthery, is indebted to the United States in the amount of $323,879.79, plus additional penalties, interest, and statutory additions accruing as of March 16, 2007;

B. That the Court award the United States its costs of prosecuting this action, and;

C. That the Court award the United States any further relief that the Court deems just and proper under the circumstances.

DATE: November 13, 2007

    /s/ Nicole M. Stoduto
NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 616-9785
Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' ANSWER & COUNTERCLAIM, was served on the 13th day of November, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Kenneth D. Guthrey
>5302 Puritan Road
>Tampa, FL 33612

>/s/ Nicole M. Stoduto
>NICOLE M. STODUTO