IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Kenneth D. Guthery,                                No. 1:06-cv-00176-EGS

    Plaintiff,

v.

UNITED STATES,

    Defendant.

[Proposed] **ORDER**

The Court, having considered the Defendant's motion to dismiss the United States' counterclaim pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and any opposition thereto, finds that the motion should be granted and that the counterclaim should be dismissed with prejudice.

Accordingly, it is on this ___ day of _____, 2007:

ORDERED that the Counterclaim Plaintiff's motion to dismiss is GRANTED;

and it is further

ORDERED that the United States' counterclaim is Dismissed with Prejudice.

_____
UNITED STATES DISTRICT JUDGE