IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-cv-00176-EGS |
| | ) |
| UNITED STATES GOVERNMENT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of trial attorney Duston K. Barton, in substitution for Nicole M. Stoduto, as counsel for Defendant in the above captioned case.

DATE: December 12, 2007.

        Respectfully Submitted,

        /s/ Duston K. Barton
        DUSTON K. BARTON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Washington, DC 20044
        Phone/Fax: (202)514-9961/514-6866
        E-mail: Duston.Barton@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2926079.1

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served on the 12th day of December, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

        Kenneth D. Guthrey
        5302 Puritan Road
        Tampa, FL 33612

        /s/ Duston K. Barton
        DUSTON K. BARTON