IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-cv-00176-EGS |
| | ) |
| UNITED STATES GOVERNMENT, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL**

In accordance with FED R. CIV. P. 41(a)(1) & (c), the United States dismisses its counterclaim against Kenneth D. Guthery.

DATE: December 17, 2007.

           /s/ Duston K. Barton
           DUSTON K. BARTON
           Trial Attorney, Tax Division
           U.S. Department of Justice
           Post Office Box 227
           Washington, DC 20044
           Phone/Fax: (202)514-9961/514-6866
           E-mail: Duston.Barton@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2932040.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF DISMISSAL was served on the 17th day of December, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> Kenneth D. Guthrey
> 5302 Puritan Road
> Tampa, FL 33612

>   /s/ Duston K. Barton
> DUSTON K. BARTON

2932040.1