IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-00176-EGS |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |

ORDER

Having considered the United States' motion for judgment o the pleadings and any opposition thereto, the Court:

ORDERS that the United States' motion for judgment on the pleadings be and is GRANTED; and

DISMISSES plaintiff's complaint.

DATE: _____, 2008

_____
UNITED STATES DISTRICT JUDGE

2990897.1