IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-cv-00176-EGS |
| | ) |
| UNITED STATES GOVERNMENT, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' motion for judgment on the pleadings, with accompanying memorandum and proposed order was served on the 15th day of January, 2008 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> Kenneth D. Guthrey
> 5302 Puritan Road
> Tampa, FL 33612

    /s/ Duston K. Barton
DUSTON K. BARTON

2990918.1