IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:06-cv-00176-EGS ) |
| UNITED STATES GOVERNMENT, | ) ) |
| Defendant. | ) ) |

REPLY TO PLAINTIFF'S OPPOSITION TO
THE UNITED STATES' MOTION FOR JUDGMENT ON THE PLEADINGS

Contrary to plaintiff's assertion, the United States is not seeking to compel the Court to adopt a "heightened pleading standard." The United States merely asks the Court to apply the same pleading standard adopted in a host of similar cases involving *pro se* litigants alleging virtually identical "counts." *See, e.g., Bryant v. United States*, No. 07-0648, 2007 WL 4465509 (D.D.C. Dec. 21, 2007); *Jaeger v. United States*, No. 07-1409, 2007 WL 4441229 (D.D.C. Dec. 20, 2007); *Stephens v. United States,* 514 F.Supp.2d 70 (D.D.C. 2007); *Wesselman v. United States*, No. 07-00906, 2007 WL 2332321 (D.D.C. Aug. 17, 2007) *Spahr v. United States*, No. 07-00362, 2007 WL 2332313 (D.D.C. August 17, 2007). The Court has unequivocally held that these "counts" do not satisfy the pleading requirements of Fed R. Civ. P. 8(a) and are appropriately dismissed for failure to state a claim upon which relief can be granted. *See Id.* Plaintiff offers no rationale for why the heretofore universal application of this pleading standard should not decide his case.

3037187.1

Accordingly, plaintiff's complaint should be dismissed and judgment rendered for the United States.

DATE: February 4, 2008

/s/ Duston K. Barton
DUSTON K. BARTON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone/Fax:  (202)514-9961/514-6866
E-mail: Duston.Barton@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' reply to plaintiff's opposition to motion for judgment on the pleadings and proposed order were served on February 4, 2008 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>	Kenneth D. Guthrey
>	5302 Puritan Road
>	Tampa, FL 33612

>	  /s/ Duston K. Barton
>	DUSTON K. BARTON