IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH D. GUTHERY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES GOVERNMENT, ) <br> ) <br> Defendant. ) | No. 1:06-cv-00176-EGS |

ORDER

Having considered the United States' motion for judgment on the pleadings and the opposition and reply thereto, the Court:

ORDERS that the United States' motion for judgment on the pleadings be and is GRANTED; and

ORDERS that plaintiff's complaint be and is DISMISSED.

DATE: _____, 2008

_____
UNITED STATES DISTRICT JUDGE

3037574.1