**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KENNETH D. GUTHERY, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 06-176 (EGS) |
|  | ) | |
| UNITED STATES, | ) | |
|  | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is Defendant's Motion for Judgment on the Pleadings. Upon consideration of the Motion, the response and reply thereto, the applicable law, and the entire record, and for the reasons stated in the accompanying Memorandum Opinion issued this day, judgement is hereby **GRANTED** in favor of Defendant. This case is dismissed.

**Signed:    Emmet G. Sullivan
            United States District Judge
            June 26, 2008**